IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 3:22-cr-08 |
| | ) |
| v. | ) |
| | ) USDC SC: 6:22cr604 |
| ▓▓▓▓▓▓▓▓ | ) |
| | ) |
| | ) |
| DAMON WILLIAMS | ) |
| | ) |

# **INDICTMENT**

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 1951(a)
### *Conspiracy to Commit Hobbs Act Robbery*

1. On or about October 27, 2021, in the Western District of Virginia, the defendants, ▓▓▓▓▓▓▓▓ and DAMON WILLIAMS, did knowingly and willfully conspire and agree together to unlawfully obstruct, delay, and affect and attempt to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did knowingly and willfully conspire and agree to take and obtain cash and other goods from C.H., against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future.

2. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
### 18 U.S.C. § 1951(a)
*Hobbs Act Robbery*

3. On or about October 27, 2021, in the Western District of Virginia, the defendants, ▮▮▮▮▮ and DAMON WILLIAMS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined by Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain property from the person and in the presence of D.S., against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future.

4. All in violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE
### 18 U.S.C. § 924(c)
*Use of Firearm in the Commission a Hobbs Act Robbery*

5. On or about October 27, 2021, in the Western District of Virginia, the defendants, ▮▮▮▮▮ and DAMON WILLIAMS, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, Hobbs Act Robbery as set forth in Count Two of this Indictment, used, carried, and brandished a firearm, and in furtherance of such crime of violence, possessed and brandished a firearm.

6. All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL, this 22nd day of June, 2022.

/s/FOREPERSON
FOREPERSON

*[signature]*
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Damon Williams | ) | Case No.   6:22cr604 |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   6:22cr604 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Western   District of   Virginia  ,
*(if applicable)*   Charlottesville   division.  The defendant may need an interpreter for this language:
NA  .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date:   07/01/2022                                                         s/Kevin F. McDonald
*Judge's signature*

Kevin F. McDonald, US Magistrate Judge
*Printed name and title*